IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 20-cv-00052-CMA-MDB

WESTERN ACCEPTANCE, LLC,

 Plaintiff,

v.

GENERAL AGRICULTURE, INC., *f/k/a* General Agriculture, LLC, and
CALLAGHAN BECKER,

 Defendants.

---

**ORDER ADOPTING AND AFFIRMING APRIL 11, 2023
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

  This matter is before the Court on the April 11, 2023 Recommendation of United States Magistrate Judge (Doc. # 221), wherein Judge Maritza Dominguez Braswell recommends that (1) Plaintiff Western Acceptance, LLC's "Opposed Motion to Strike Defendant General Agriculture, Inc's Answer & Counterclaim and Motion for Entry of Default Judgment" be granted; (2) default and default judgment be entered against Defendant General Agriculture, Inc. based on its failure to retain counsel and to respond to an Order to Show Cause (Doc. # 211), and to otherwise participate in the litigation. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 221 at 6–7.) Despite this advisement, no objection to Magistrate Judge Dominguez Braswell's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Dominguez Braswell, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The April 11, 2023 Recommendation of United States Magistrate Judge (Doc. # 221) is AFFIRMED and ADOPTED as an order of this Court;
- the Clerk is DIRECTED to enter Default against Defendant General Agriculture, Inc.; and

- Plaintiff Western Acceptance, LLC shall file a motion and supporting documents outlining its requested damages by June 1, 2023.

DATED: May 1, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge